**Armanda E. COLES, Petitioner,**

v.

**UNITED STATES POSTAL SERVICE, Respondent.**

No. 2008–3113.

United States Court of Appeals, Federal Circuit.

Feb. 12, 2008.

**ORDER**

Order Vacated, See 2008 WL 1744510.

The petitioner having failed to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**Pasquale GIANCASPRO, Petitioner,**

v.

**DEPARTMENT OF the AIR FORCE, Respondent.**

No. 2006–3386.

United States Court of Appeals, Federal Circuit.

Feb. 12, 2008.

ON MOTION

*ORDER*

Upon consideration of Pasquale Giancaspro's motion to voluntarily dismiss his petition for review,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) Each side shall bear its own costs.